No. 797. NEUBAUER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Sidney M. Glazer* for petitioner. *Solicitor General Rankin* and *Beatrice Rosenberg* for the United States.

No. 801. G. W. THOMAS DRAYAGE & RIGGING CO., INC., ET AL. *v.* INDUSTRIAL INDEMNITY CO. ET AL. Supreme Court of California. Certiorari denied. *Robert W. Kenny* and *Frank B. Belcher* for petitioners. *Max Thelen* and *Robert L. Bridges* for respondents.

No. 804. BOUZIDEN *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Hayden C. Covington* for petitioner. *Solicitor General Rankin, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 807. EICHBERG & CO., INC., *v.* VAN ORMAN FORT WAYNE CORP. C. A. 7th Cir. Certiorari denied. *George B. Warburton* for petitioner.

No. 808. SCHWEBEL *v.* ORRICK ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Chester T. Lane* and *Alexander B. Hawes* for petitioner. *Solicitor General Rankin, Thomas G. Meeker* and *David Ferber* for respondents.

No. 829. BRADFORD *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin* and *Beatrice Rosenberg* for the United States.